AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>JOSHUA GLOWACKI<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       1:21-mj-3115-TMP<br>)<br>)<br>) |

**FILED**
12:34 pm Mar 29 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  12/24/2019 - 03/23/2021  in the county of  Cuyahoga  in the
Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt/Distribution of visual depictions of minors engaged in sexually explicit conduct |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Monica Hantz, Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1

Date: March 29, 2021

City and state:  Cleveland, Ohio

Thomas M. Parker, United States Magistrate Judge