1:21-mj-3115-TMP

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

I, Monica Hantz, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, hereinafter referred to as Affiant, being duly sworn under oath, hereby deposes and states as follows:

INTRODUCTION

1. Affiant is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and Federal Rule of Criminal Procedure 41(a)(2)(C), as a Special Agent (SA) of the Federal Bureau of Investigation (FBI). Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. Your affiant has eight years of law enforcement experience. I have been employed with the FBI since July 2012 as a Special Agent. I have been assigned to the Cleveland Division since January 2012. I am currently assigned to the FBI Cleveland Division Cyber Crimes Squad, which is responsible for investigations involving computer-related offenses. I am empowered to make arrests for federal offenses. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

3. Between Affiant's work experience and training, Affiant has either taken part in, assisted in, or received extensive training in all of the usual methods of investigation, including,

but not limited to, physical surveillance, analysis of evidence, the execution of search warrants resulting in the seizure of drugs, and the monitoring of court ordered Title III wiretaps.

4. As will be shown below, there is probable cause to believe that Joshua Glowacki has received and/or distributed visual depictions of real minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(2). This affidavit is offered in support of an arrest warrant for JOSHUA GLOWACKI of 2205 Ralph Avenue, Cleveland, Ohio.

5. The statements contained in this affidavit are based in part on information developed by other Special Agents of the FBI who have participated in the investigation. Unless otherwise noted, whenever in this affidavit your Affiant asserts that a statement was made, the information was provided by another law enforcement officer or an investigator (who may have had either direct or hearsay knowledge of the statement) to whom your Affiant has spoken or whose report your Affiant has read and reviewed. Likewise, any information pertaining to vehicles and registrations, personal data on subjects, and records checks, has been obtained through the Law Enforcement Automated Data System (LEADS), various state driver's license motor vehicle records, online database searches or the National Crime Information Center (NCIC) computers, various open source databases such as CLEAR and LexisNexis, and public social media websites such as Facebook and Twitter.

## FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE

6. GLOWACKI is a registered sex offender in the state of Ohio. On May 21, 2019, GLOWACKI pled guilty, in Cuyahoga County, to charges of Pandering Sexually Oriented Matter Involving a Minor.

7. GLOWACKI, registered an account at a virtual currency exchanger on November 16, 2019 and registered the account with email address jglowacki27@gmail.com and telephone number 216-470-3859.

8. On December 24, 2019, GLOWACKI'S ACCOUNT sent two payments to bitcoin address 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ (BTC Address). This address has been associated to a dark net site which advertises as "terabytes of child porn private site".

9. On March 23, 2021, after receiving a search warrant in the Northern District of Ohio signed by United States Magistrate William H. Baughman,Jr. a search was conducted at Glowacki's residence, 2205 Ralph Avenue, Cleveland, OH. A black Samsung phone property of GLOWACKI, model 5211SG, was seized, hereinafter referred to as TARGET DEVICE.

10. A review of the data located in TARGET DEVICE revealed images that were categorized as possible child pornography which were evaluated to contain visual depictions of real minors engaged in sexually explicit conduct, including lascivious exhibition of the genitals or pubic area. The images and videos all depicted prepubescent female and male children exposing their genitalia or engaged in a sexual act with an adult male and female and are further described below to provide an overview of what was found in the review:

    A. An image of a prepubescent female, approximately 6 to 9 years old, naked and tied to a chair, facing down with an adult male holding her from the rear.

    B. An image of a prepubescent male, approximately 8 to 10 years old, with his pants down standing behind a prepubescent female of similar age naked below the waistline, appearing to have intercourse in a standing position.

    C. An image of a prepubescent female, approximately 11 to 13 years old performing oral sex on an adult male. The image included the URL of a

Darknet Site (hereinafter, DARKNET SITE).

11. On March 25, 2021, investigators visited Darknet Site and made the following observations:

    a. DARKNET SITE advertises that "Since 2015 [DARKNET SITE] continuously delivering best child porn and preteen softcore content to it's members."

    b. Multiple images appeared on the starting page, all depicting prepubescent female and male children exposing their genitalia or engaged in a sexual act with an adult male.

    c. Users of DARKNET SITE are asked to pay for additional access to full videos using Bitcoin or Monero exclusively.

    d. The image found in TARGET DEVICE was identified within DARKNET SITE with a caption that included the following: "Look how inexperienced this Russian Lolita is! But her perky young tits make up for it nicely." "One payment is all that stands between you there outside and pedo heaven inside." To access the video associated to the image, a membership is required.

## CONCLUSION

12. Based on the foregoing facts, Affiant has probable cause to believe that on or about and between December 24, 2019 and March 23, 2021, Joshua Glowacki received and/or distributed child pornography, in violation of Title 18, U.S.C. § 2252(a)(2).

                                                                               Monica Hantz, Special Agent
                                                                               Federal Bureau of Investigation
                                                                               Cleveland, Ohio

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)



Thomas M. Parker
United States Magistrate Judge
**12:25 PM, Mar 29, 2021**