UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 21-MJ-03115 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE THOMAS M. PARKER |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | **NOTICE OF APPEARANCE** |
| | ) | **AND DESIGNATION OF LEAD** |
| Defendant. | ) | **COUNSEL** |
| | ) | |

Please take notice that the undersigned counsel, Eric C. Nemecek, of Friedman & Nemecek, L.L.C., hereby enters his appearance as counsel on behalf of Defendant, Joshua Glowacki, in the above-captioned matter. Attorney Nemecek will be serving as lead counsel on behalf of Mr. Glowacki in this case.

Respectfully submitted,

/S/*Eric C. Nemecek*
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice has been filed and served electronically this 2nd day of April, 2021 on Michael Sullivan, Assistant United States Attorney, United States Courthouse, Northern District of Ohio, 801 Superior Avenue W., Suite 400, Cleveland, Ohio 44113.

/S/ Eric C. Nemecek
ERIC C. NEMECEK
Counsel for Defendant