## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 1:21-cr-MJ-03115 |
| **Plaintiff** | : | JUDGE THOMAS M. PARKER |
| -vs- | : | **MOTION FOR INTERIM PAYMENT WITH NO WITHHOLDING** |
| **JOSHUA GLOWACKI** | : | |
| **Defendant** | : | |

Please take notice that the Counsel is asking for an Order granting interim payment with no withholding.

Respectfully submitted,

*/s/ Gregory Scott Robey*
ROBEY & ROBEY
Counsel for Defendant
14402 Granger Road
Cleveland, Ohio 44137
Ph. (216) 581-8200
Fax (216) 581-2822

## SERVICE

A copy of this motion was filed electronically.

*/s/ Gregory Scott Robey*
GREGORY SCOTT ROBEY