# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CASE NO. 1:21-mj-03115-TMP |
| | * |
| | * |
| Joshua Glowacki | * |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

_____

_____

Date: 4/6/2021

_____
United States Magistrate Judge