GRANTED. Government shall file their Motion to revoke the Magistrate Judge's release order within seven (7) days. Defendant shall remain in custody until further order of the Court.

s/Pamela A. Barker
PAMELA A. BARKER
U.S. DISTRICT JUDGE
Date: 4/8/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21MJ3115 |
| | ) | |
| Plaintiff, | ) | MAG. JUDGE THOMAS M. PARKER |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | MOTION FOR STAY OF ORDER OF |
| | ) | RELEASE |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Bridget M. Brennan, Acting United States Attorney, and Michael A. Sullivan, Assistant United States Attorney, and hereby files this Motion for a Stay of the Order of Release of Defendant Joshua Glowacki ("Glowacki" or "Defendant"). Glowacki used bitcoin to purchase child pornography on the dark net, while on probation to the Cuyahoga County Court of Common Please for his conviction of 14 counts of Pandering Sexually Oriented Matter Involving Minors (Felony 2). After a detention hearing, Magistrate Judge Thomas M. Parker ordered him released on unsecured bond. The United States requested a stay to request this Court to revoke Magistrate Parker's order. Magistrate Parker denied the government's request for a stay. The United States will ask this Court to revoke the release order, and order the defendant detained pending trial, because there are no conditions or combination of conditions that will ensure the safety of the community or the defendant's appearance. The United States has ordered an expeditated copy of the transcript of the detention hearing and will expeditiously file the motion to revoke the order of release once it receives the transcript.