UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:21CR258 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| JOSHUA GLOWACKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is the Government's motion to revoke the Magistrate Judge's order regarding bond in this matter. Defendant Joshua Glowacki has opposed the motion. The Government shall file any reply in support of its motion by no later than April 28, 2021. A videoconference hearing on the motion is hereby scheduled for May 3, 2021 at 1:30 p.m.

IT IS SO ORDERED.

    April 22, 2021                                        */s/ John R. Adams*
Date                                                          Judge John R. Adams
                                                                 United States District Court