# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | } | |
| | } | |
| **Plaintiff,** | } | |
| vs. | } | NO. 1:21CR258 |
| | } | |
| **Joshua Glowacki,** | } | |
| | } | |
| **Defendant,** | } | **N O T I C E** |
| | } | |

TAKE NOTICE that the above captioned defendant has been scheduled for a Video ARRAIGNMENT on <u>April 28, 2021 at 12:00 p.m.</u> by video conference before the Honorable John R. Adams, United States District Judge, Federal to answer to an indictment.

*A video invitation will be forthcoming.

**DATE: April 24, 2021**                    **SANDY OPACICH**
                                                            **Clerk**


                                                            **By s/Christin M. Kestner**
                                                            **Courtroom Deputy Clerk**
                                                            **(330) 252-6070**