# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | JUDGE JOHN R. ADAMS |
| Plaintiff(s), | } | |
| | } | |
| vs. | } | NO. 1:21CR258 |
| | } | |
| Joshua Glowacki | } | |
| | } | |
| Defendant(s). | } | **N O T I C E** |
| | } | |

TAKE NOTICE that the above-entitled case has been rescheduled for a video ARRAIGNMENT from April 28, 2021 at 12:00 p.m. to <u>April 28, 2021 at 10:00 a.m.</u> by video conference before Judge John R. Adams.  Note the change in time only to accommodate Mahoning County Jail.

*A video invitation will be forthcoming.

DATE : April 26, 2021               SANDY OPACICH
                                                          Clerk

                                             By     s/Christin M. Kestner
                                                    Courtroom Clerk to the
                                                    Honorable John R. Adams
                                                    (330) 252-6070