IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | Case No. 1:21CR258 |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | |
| | ) | **_BRADY v. MARYLAND_** |
| Defendants | ) | **NOTICE AND ORDER PURSUANT** |
| | ) | **TO FED. R. CRIM. P. 5(f)** |
| | ) | |
| | ) | |

Pursuant to the Due Process Protections Act, Pub. Law No. 116-182 (Oct. 21, 2020), the court gave ORAL NOTICE during Defendant's initial appearance and in writing now ORDERS as follows:

The government shall disclose to the defendant any evidence in its possession that is both favorable to the defendant and material to the defendant's guilt or punishment, along with any evidence that may undermine the credibility of a given witness in a timely manner for effective use at trial. Failure to make such disclosures – whether negligent or intentional – is a *Brady* violation.

In addition, I remind the government of the possible consequences for violating this order regarding *Brady* disclosure obligations where such consequences potentially include

sanctions against the government's individual lawyers, invalidation of the conviction should defendant be convicted, and even reversal of a conviction should one be obtained in this case.

**IT IS SO ORDERED.**

Dated: April 28, 2021                                      */s/ John R. Adams*
                                                          JOHN R. ADAMS
                                                          United States District Judge