Motion granted during proceedings held on 5/3/21, bond is revoked. A Detention Order shall issue.
s/John R. Adams
U.S. District Judge
5/5/21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21MJ3115  (1:21CR258) |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| v. | ) | [MAG. JUDGE THOMAS M. PARKER] |
| JOSHUA GLOWACKI, | ) | MOTION TO REVOKE ORDER OF RELEASE |
| Defendant. | | |

Now comes the United States of America, by and through counsel, Bridget M. Brennan, Acting United States Attorney, and Michael A. Sullivan, Assistant United States Attorney, and hereby files this Motion to Revoke the Order of Release of Defendant Joshua Glowacki ("Glowacki" or "Defendant"). Glowacki used bitcoin to purchase child pornography on the dark net while on probation to the Cuyahoga County Court of Common Pleas for his May 2019 conviction of 14 counts of Pandering Sexually Oriented Matter Involving Minors (Felony 2). After a detention hearing, Magistrate Judge Thomas M. Parker ordered him released on unsecured bond. The United States requested a stay to request this Court to revoke Magistrate Parker's order. Magistrate Parker subsequently denied the government's request for a stay. It is the government's position that, contrary to the Magistrate Judge's order, no condition or combination of conditions will reasonably assure the safety of the community if Glowacki is released. 18 U.S.C. § 3142(e)(1). The United States asks this Court to revoke the release order and order the defendant detained pending trial, because there are no conditions or combination of conditions that will ensure the safety of the community or the defendant's appearance.