Motion granted.  Defendant shall be permitted unmonitored visitation with his health care provides to the extent that it is reasonable and practicable to be provided by the jail.  The frequency and duration of such visits shall be determined by the Jail's staffing and facility capabilities. In no event shall these visits exceed 60 minutes per week.
/s/ John R. Adams
U.S. District Judge
5/10/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 1:21CR258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO PERMIT UNMONITORED AUDIO/VIDEO VISITATION WITH DEFENDANT'S MENTAL HEALTH TREATMENT PROVIDERS**

NOW, comes the Defendant, Joshua Glowacki, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and hereby respectfully requests that this Honorable Court permit unmonitored audio/video communications between Mr. Glowacki and his mental health treatment providers.  Specifically, Mr. Glowacki requests reasonable access to communicate with his mental health counselors so as to continue his treatment and rehabilitative efforts while he is detained.  Reasons for this Motion are set forth more fully in the Memorandum in Support, which is attached hereto and incorporated herein by express reference.

Respectfully submitted,

/s/ Eric C. Nemecek
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH  44114
Ph. (216) 928-7700
E: ecn@fanlegal.com