Motion granted 5/28/21.  The motion filing deadline is extended 30 days.
s/John R. Adams
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 1:21-cr-258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS UNOPPOSED MOTION
TO CONTINUE PRETRIAL MOTION DEADLINE**

AND NOW, comes the Defendant, Joshua Glowacki, by and through his counsel, Friedman & Nemecek, L.L.C., and makes the within Motion to Continue and extend the Pretrial Motion deadline. In support thereof, counsel avers as follows:

1. A Complaint was filed on March 29, 2021, charging the Defendant with receipt and distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2). (Doc. No. 1). The Defendant voluntarily surrendered to the United States Marshal's Office on March 30, 2021, and an initial appearance was held later that day. The Defendant was ordered detained and immediately remanded to the custody Marshal's Office pending a hearing on the issue of bail.[1]

---

[1] Magistrate Parker denied the Government's request for detention and ordered that the Defendant be released subject to certain conditions and restrictions. (Doc. No. 12). The Government filed a Notice of Appeal and requested that the Order of release be stayed pending a determination by this Court. (Doc. No. 11). Judge Pamela Barker granted the Government's motion to stay the Defendant's release. (Doc. No. 16). Both the Government (Doc. No. 19) and the defense (Doc. No. 27) submitted pleadings in support of their respective arguments, and a hearing was scheduled for May 3, 2021. (Doc. No. 22). At the conclusion of said hearing, the Court granted the Government's request and ordered that the Defendant be detained during the pendency of the case. (Doc. No. 28).