AO 442 (Rev. 11/11) Arrest Warrant

1125645

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
JUN 23 2021
U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21cr258 |
| JOSHUA GLOWACKI | ) | ~~1:21-mj-3115-TMP~~ |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSHUA GLOWACKI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2252(a)(2) - Receipt/Distribution of visual depictions of minors engaged in sexually explicit conduct

Date: **12:26 PM, Mar 29, 2021**

*Thomas M. Parker,* ~~United~~ States Magistrate Judge

City and state: Cleveland, Ohio

### Return

This warrant was received on *(date)* 3/29/21, and the person was arrested on *(date)* 3/30/21
at *(city and state)* Cleveland, OH.

Date: 6/21/2021

_____ for FBI
Arresting officer's signature

E. STRNAD / DUSM
Printed name and title