FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Scrapes associated with the domain childsivo3n3xzei.onion

**Date:** 11/05/2020

**From:** CLEVELAND
    CV-CY-2
    **Contact:** MONICA HANTZ, 216-622-2801

**Approved By:** SSA Michael P. Brian

**Drafted By:** MONICA HANTZ

**Case ID #:** 305D-CV-3341722-JOSHUA_GLOWACKI  (U) JOSHUA GLOWACKI

**Synopsis:** (U) Scrapes associated with the domain childsivo3n3xzei.onion and bitcoin address 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ

**Enclosure(s):** Enclosed are the following items:
1. (U) Screenshots of scrapes contained within DARKBLUE
2. (U) Screenshots of scrapes contained within DARKBLUE
3. (U) Screenshots of scrapes contained within DARKBLUE
4. (U) Screenshots of scrapes contained within DARKBLUE

**Details:**

(U) BACKGROUND: DARKBLUE is a commercially available platform that allows an end user to search a secure scrape of the known dark web. The product was originally procured by CTD to search for extremist content on the dark web. The software care view and search the entire known dark web in a secure and anonymous manner. The scrapes are taken on a regular basis and stored indefinitely.

On November 4, 2020, writer accessed DARKBLUE and obtained screenshots from the scrapes available within the platform.

UNCLASSIFIED



**UNCLASSIFIED**

Title: (U) Scrapes associated with the domain childsivo3n3xzei.onion
Re: 305D-CV-3341722-JOSHUA_GLOWACKI, 11/05/2020

Bitcoin address 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ was seen advertised in multiple sites that had been marked by DARKBLUE as Child Pornography Material, to include the following:

| URL | Date of scrape | Page Title |
|---|---|---|
| cpgirlsezcxwvfss.onion | 12/21/2019 | PureYoung |
| supercp5k6ka6pvd.onion | 12/26/2019 | PureYoung |
| childsivo3n3xzei.onion | 12/29/2019 | Access to 10 + terabytes of child porn private site. |

A copy of the screenshots listed above will be retained in the 1A section of this communication.

♦♦

# Page Title: PureYoung

## URL: supercp5k6ka6pvd.onion

Close

**Membership:**

| Member | Six Months | 0.007 BTC |
|---|---|---|

**GET ACCESS PIN NOW:**

Deposit 0.007 Bitcoin to the wallet address below:

QR

`15WK91Jq47uFASfBGwvY6S9`

*A small payment will immediately be sent back from our website to your BTC Wallet, if the transfer has confirmed in the blockchain. This amount is your password.

Example: you received BTC 0.00035678, your password will be the 35678. This is a widely used method. Our server see the BTC income and send the small amount immediately back to your wallet. Its fully automated.

Have you already resevied the password?

LOGIN

**more than 50000 homemade photos**

**more than 10000 homemade porn videos**

Copyright © 2016 - 2019 | ❤ PureYoung ❤ hit counter

---

DARKBLUE

User ▼

Mission Spaces ▼

Search ▲
— ∞ Data
— 🖥 Sites
— 🗄 Databases

Tools ▼

Support

Advanced

Sign Out

Page Title: PureYoung

URL: supercp5k6ka6pvd.onion

Close

# ❤ Pure Young ❤

**PrivateContent**

- **Main**
- **Photo**
- **Videos**
- **Downloads**
- **VIP**
- **Login**

**Welcome to our website!**

❤Best content in DEEPWEB❤

❤100% anonymity of payment and stay on the site! No registration required! No email required!❤

❤Online viewing and downloading of content❤

❤Unlimited access 24/7 and high speed❤

❤Real goods



