FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/05/2020

On October 20, 2020, writer received records from Coinbase in response to an administrative subpoena served on October 9, 2020. Upon reviewing the subpoena results, an account registered to **JOSHUA GLOWACKI,** was identified as sending bitcoin payments to an address associated with a dark net website that advertises CSAM material.

<u>Coinbase Account:</u> **JOSHUA GLOWACKI**
GLOWACKI, registered an account in Coinbase (GLOWACKI'S ACCOUNT) on November 16, 2019. GLOWACKI registered the account with email address jglowacki27@gmail.com and telephone number ▓▓▓▓▓▓▓▓▓▓. GLOWACKI provided his Ohio drivers license to Coinbase for verification purposes.

On December 24, 2019, GLOWACKI'S ACCOUNT sent two payments to bitcoin address 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ (see transaction ID below). This address is associated to the dark net site hosted in the URL childsivo3n3xzei.onion which advertises itself as "terabytes of child porn private site".

Transaction ID: b7e21b098566723db14d8c3ebc4d735eeaa43a7d1c4a93ec0b1268d1901bafc3

<u>BitcoinAbuse.com</u>
Open searches revealed a report located in the website Bitcoin Abuse, https://www.bitcoinabuse.com/reports/15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ, regarding bitcoin address 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ. The report includes the following:

| Date | Abuse Type | Abuser | Description |
|---|---|---|---|
| Jun 30, 2020 | other | videochild@secmail.pro | TOR site advertising for child exploitation videos. Below is the ad US $ 15 - After payment to the bitcoin address |

**EXHIBIT D**

Investigation on   11/04/2020   at   Cleveland, Ohio, United States (Email, Other (Open searches))

File #   305D-CV-3341722-JOSHUA_GLOWACKI     Date drafted   11/04/2020

by   MONICA HANTZ

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)  Case: 1:21-cr-00256-JRA Doc #: 37-2 Filed: 06/25/21 2 of 4. PageID #: 203
305D-CV-3341722-JOSHUA_GLOWACKI Serial 2

305D-CV-3341722-JOSHUA_GLOWACKI

Continuation of FD-302 of (U) Analysis of virtual currency payments , On 11/04/2020 , Page 2 of 2

|  |  |  | number: 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ write the transaction number write to e-mail: video-child@secmail.pro we will send you access |
|---|---|---|---|

Internet Watch Foundation (www.iwf.org.uk)
On February 20, 2020, The Internet Watch Foundation (IWF) reported that bitcoin address 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ is associated with CSAM material in the dark net and provided the following information:

SUBSCRIPTION RATE: Six months' membership for 0.007 BTC

Bitcoin address: 0.007 Bitcoin to 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ

Deposit 0.007 Bitcoin to 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ

Posted on website: "A small payment will immediately be sent back from our website to your BTC Wallet, if the transfer has confirmed in the blockchain. This amount is your password. Example: you received BTC 0.00035678, your password will be the 35678. This is a widely used method. Our server see the BTC income and send the small amount immediately back to your wallet. Its fully automated."

According to IWF, they assessed the website associated with the bitcoin address. The site indicated that it provide paid access to criminal content and offers Bitcoin as a suggested payment option.

A copy of the report from IWF will be retained in the 1A section of this communication.

From: IWF Hotline <feedback@iwf.org.uk>
Subject: IWF Report SRS-1882853 Crypto Currency Payment Alert
Date: February 20, 2020 at 1:22:32 PM GMT-3
To: undisclosed-recipients:;
Reply-To: Reply <feedback@iwf.org.uk>

BEGINS

IWF serial number: 1882853

Date/time Assessed: 20-Feb-2020 16:22

Notice: Commercial CSAM Crypto Currency Address

Website Hosting Country: Onion URL (Hidden Service) (OU)

Content Severity Level: Category A.
https://www.iwf.org.uk/hotline/assessment-levels


PAYMENT EMAIL:

SUBSCRIPTION RATE: Six months' membership for 0.007 BTC

Bitcoin address: 0.007 Bitcoin to 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ

Payment Notes:
Deposit 0.007 Bitcoin to 15WK91Jq47uFASfBGwvY6SSv6Vc7tEgZfJ

Posted on website: "A small payment will immediately be sent back from our website to your BTC Wallet,if the transfer has confirmed in the blockchain. This amount is your password. Example: you received BTC 0.00035678, your password will be the 35678. This is a widely used method. Our server see the BTC income and send the small amount immediately back to your wallet. Its fully automated."


ENDS

We have assessed the website associated with the above stated report number. The site indicates that it provides paid access to criminal content and offers Bitcoin as a suggested payment option. We are therefore forwarding this information to you in accordance with our agreed protocol for your further action as appropriate.

We are unable to provide you with the site URL and IP address details, because the site contains (or provides links to) material which we believe to be potentially criminal under UK law. This material is potentially criminal under the Protection of Children Act 1978, i.e. indecent image(s) of a child under the age of 18.

Please note that we have already taken action to seek the removal of the illegal content. This email notification is for information purposes and does not require any

law enforcement notification or action in relation to content removal. Where notifications relate to US hosted websites, we will have also notified NCMEC.

Regards,

SRS
Internet Content Analyst
Internet Watch Foundation
https://www.iwf.org.uk