IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-258 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **REPLY *INSTANTER*** |
| Defendant. | ) | |
| | ) | |

Now comes the Defendant, Joshua Glowacki, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and hereby respectfully requests leave to file their Reply to the Government's Sur-Reply (R. 41: Sur-Reply, PageID 266-268).

During the recent pretrial hearing, the Government requested permission to file a Sur-Reply to clarify certain inaccurate statements set forth in Glowacki's initial Reply Brief. (R. 40: Defendant's Reply, PageID 253-265). The Court granted said request and directed the Government to file its Sur-Reply in a timely fashion. The Government filed its Sur-Reply on August 20, 2021. Within said pleading, the Government notes that Glowacki's Reply contained inaccurate factual statements to bolster the arguments in favor of suppression. (R. 41: Sur-Reply, PageID 267).

The undersigned submits that the Government's Sur-Reply misunderstands and/or mischaracterizes Glowacki's arguments and the evidence offered in support thereof. In the interests of ensuring that the Court's decision is predicated on a clear and accurate record, counsel believes that a brief Reply is both necessary and

warranted. As such, the undersigned respectfully moves this Court for leave to file a Reply to the Government's Sur-Reply (R. 41: Government's Sur-Reply, PageID 266-268), which is being submitted contemporaneously with this Motion, *Instanter*.

**WHEREFORE**, the Defendant, Joshua Glowacki, hereby respectfully requests that this Honorable Court grant leave and permit counsel to file Reply to the Government's Sur-Reply *Instanter*.

Respectfully submitted,

/s/ Eric C. Nemecek
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave was filed on the 26th day of August, 2021 via the Court's CM/ECF system, which will send a notification of electronic filing (NEF) to the following: Michael Sullivan, Assistant United States Attorney, 801 Superior Avenue, Cleveland, Ohio 44113.

/s/ Eric C. Nemecek
ERIC C. NEMECEK
Counsel for Defendant