Motion denied.
/s/John R. Adams
U.S. District Judge
8/27/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-258 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **REPLY _INSTANTER_** |
| Defendant. | ) | |
| | ) | |

Now comes the Defendant, Joshua Glowacki, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and hereby respectfully requests leave to file their Reply to the Government's Sur-Reply (R. 41: Sur-Reply, PageID 266-268).

During the recent pretrial hearing, the Government requested permission to file a Sur-Reply to clarify certain inaccurate statements set forth in Glowacki's initial Reply Brief. (R. 40: Defendant's Reply, PageID 253-265). The Court granted said request and directed the Government to file its Sur-Reply in a timely fashion. The Government filed its Sur-Reply on August 20, 2021. Within said pleading, the Government notes that Glowacki's Reply contained inaccurate factual statements to bolster the arguments in favor of suppression. (R. 41: Sur-Reply, PageID 267).

The undersigned submits that the Government's Sur-Reply misunderstands and/or mischaracterizes Glowacki's arguments and the evidence offered in support thereof. In the interests of ensuring that the Court's decision is predicated on a clear and accurate record, counsel believes that a brief Reply is both necessary and