# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | } | |
| | } | |
| **Plaintiff,** | } | |
| vs. | } | NO. 1:21C R258 |
| | } | |
| **Joshua Glowacki** | } | |
| | } | |
| **Defendant,** | } | <u>N O T I C E</u> |
| | } | |

TAKE NOTICE that the above captioned defendant has been scheduled for a VIDEO PRETRIAL CONFERENCE/ CHANGE OF PLEA HEARING on <u>October 28, 2021 at 11:00 a.m.</u> By video conference before the Honorable John R. Adams, United States District Judge, Federal Building.

Zoom invitation will be forthcoming.

DATE: October 22, 2021                         <u>     SANDY OPACICH     </u>
                                                                    Clerk


                                                            By <u>s/Christin M. Kestner     </u>
                                                            **Christin M. Kestner**
                                                            **Courtroom Deputy Clerk**
                                                            **(330) 252-6070**