# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| Plaintiff, | } | |
| vs. | } | NO. 1:21CR258 |
| | } | |
| Joshua Glowacki, | } | |
| | } | |
| Defendant, | } | **N O T I C E** |
| | } | |

TAKE NOTICE that the above captioned defendant has been scheduled for SENTENCING on **February 24, 2022 at 1:00 p.m.** by video conference or in Courtroom 575 of the Honorable John R. Adams, United States District Judge, Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio.

*Any psychological/Psychiatric reports shall be submitted no later than 30 days prior to sentencing.

* Any Sentencing Memorandums shall be filed as follows: Defendant's Memorandum shall be filed no later than seven (7) days prior to the date for sentencing. The Government's Memorandum shall be filed no later than three (3) days prior to sentencing. Sentencing Memorandum shall not include objections to the pre-sentence report which shall be filed as required by Rule 32(F) of the FRCP.

*Letters of support are to be submitted to the Probation Officer.

**DATE: November 1, 2021**

                     **SANDY OPACICH**
                     **Clerk**

              By  *s/*Christin M. Kestner
                 **Courtroom Clerk to the**
                 **Honorable John R. Adams**
                 **(330) 252-6070**