# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | JUDGE JOHN R. ADAMS |
| Plaintiff(s), | } | |
| | } | |
| vs. | } | NO. 1:21CR258 |
| Joshua Glowacki, | } | |
| | } | |
| Defendant(s). | } | **N O T I C E** |
| | } | |

TAKE NOTICE that the above-entitled case has been rescheduled for a continued VIDEO SENTENCING HEARING for **March 4, 2022 at 1:00 p.m.** by video conference before the Honorable John R. Adams, United States District Judge.

A video invitation will be forthcoming. (The court is in trial on 2/24/22.)


DATE : February 16, 2022                          **Sandy Opacich**
                                                  **Clerk of Court**


                                         By    *s/Christin M. Kestner*
                                               **Courtroom Clerk to the**
                                               **Honorable John R. Adams**
                                               **(330) 252-6071**