IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 1:21-cr-258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE UNDER SEAL**

Now comes the Defendant, Joshua Glowacki, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and pursuant to Local Criminal Rule 49.4, hereby requests leave to file mental health records and/or reports under seal. Specifically, in anticipation of sentencing, Mr. Glowacki requests leave of this Honorable Court to allow the undersigned to file an evaluation report prepared by mental health professional Gary Echt, LPCC, LICDC, LMHC, SAP, NCGC I, CSAT, Clinical Director of Advanced Psychotherapy Services, under seal. This report will also be referenced in the Defendant's Sentencing Memorandum. In light of the sensitive and private nature of the mental health and personal information contained in the report, counsel respectfully moves to file the material separately and under seal.

**WHEREFORE,** the Defendant, Joshua Glowacki, hereby respectfully requests that this Honorable Court issue an Order directing the Clerk of Courts to accept the assessment evaluation report from Gary Echt, LPCC, LICDC, LMHC, SAP, NCGC I, CSAT, for filing in this case and to place the same under seal.

        Respectfully submitted,

        */s/ Eric C. Nemecek*
        ERIC C. NEMECEK (0083195)
        Counsel for Defendant
        Friedman & Nemecek, L.L.C.
        1360 East 9th Street, Suite 650
        Cleveland, OH 44114
        P: (216) 928-7700
        F: (216) 820-4659
        E: ecn@fanlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Memorandum was filed by CM/ECF on this 24th day of February 2022, which will send a notification of such filing electronically to the following: Michael A. Sullivan, Assistant United States Attorneys, 801 Superior Avenue, Cleveland, OH 44113.

                                                  /s/ *Eric C. Nemecek*
                                                  ERIC C. NEMECEK
                                                  Counsel for Defendant