Motion to file under-seal is granted 2/25/22.
s/John R. Adams
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 1:21-cr-258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | |
| JOSHUA GLOWACKI, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Now comes the Defendant, Joshua Glowacki, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and pursuant to Local Criminal Rule 49.4, hereby requests leave to file mental health records and/or reports under seal. Specifically, in anticipation of sentencing, Mr. Glowacki requests leave of this Honorable Court to allow the undersigned to file an evaluation report prepared by mental health professional Gary Echt, LPCC, LICDC, LMHC, SAP, NCGC I, CSAT, Clinical Director of Advanced Psychotherapy Services, under seal. This report will also be referenced in the Defendant's Sentencing Memorandum. In light of the sensitive and private nature of the mental health and personal information contained in the report, counsel respectfully moves to file the material separately and under seal.