January 15, 2022

Dear Honorable Judge John Adams,

    We would like to take a moment of your time and introduce ourselves to you. We our Mathew and Laura Glowacki the parents of Joshua Glowacki. Joshua is our oldest child and only son. We also have daughter named Samantha. Mathew is an Engineer and I am an Accounts Receivable Specalist. We both work full time and both have second jobs.

    Growing up Joshua was a quiet and shy boy who loved to read. He enjoyed learning about history and science. He played the saxophone for many years and was an altar boy at our church. Joshua was an above average student who graduated with honors from Parma Community Constellation School. He went on to Akron University to study Chemical Engineering. He then switched to Cuyahoga Community College to continue his studies. He still loves reading to this day. There is always a book in his hand or on his phone.

    Joshua was always helpful around the house and with carrying for the family pets. He was devestated when we had to put our dog Riley to sleep and that he wasn't there to say goodye due to his college schedule. He has recently showed concern that he will not be there when our cats Chance and Mischief pass on.

    Joshua was also diagnosed with anxiety and depression a couple of years ago. This made us examine things that we saw him doing throughout the years. Getting sick before going to school and the many times when we thought he was just being lazy about his hygiene, appearance or even just cleaning his room. Turns out it was something he couldn't control. We wished we would have realized it sooner. Maybe things wouldn't have turned out this way.

    This whole situation has been very hard on our family. Both emotionally and finacially. We love Joshua very much and will always be here for him. He always has a place in our home. We will do whatever we can for him. This is not the life that we would have chosen for him. He is in for a tough road and so are we. The thought of him being in prison has kept us up most nights. Worrying about if he will be beaten up or even worse. We are praying that he will come back to us soon. Through our tears we will remain strong.

    We thank you for your time and consideration in the matter of Joshua's future.

Sincerely,

Mathew and Laura Glowacki



EXHIBIT B