Honorable Judge John Adams

This letter is to tell you about my grandson Joshua Glowacki.  Of course, it is biased as I am his grandmother, but I would like to tell you what I know of him.

Joshua has always been polite and kind.  He has not been in trouble before as far as I know.

 When I attended Joshua's high school concerts, etc. he would always walk with me to my car afterwards to make sure I was there safely.  I observed him interacting with some of his teachers and fellow students on these occasions in a positive manner.

Joshua has come willingly with his father to do some minor repairs at my home.  When Josh's maternal grandfather was ill and unable to do yard work, Josh was there to help out. I know Josh is a good person who has made some wrong and thoughtless decisions.

Joshua was a good student and graduated high school with honors. He participated in school band playing the saxophone. His grades were good enough to receive scholarships to the University of Akron and be placed in honors classes.

He will have the full support of family when he has completed his sentence. I will do all that I can to encourage Josh to finish his education.

Please consider the minimum sentence so Joshua can begin to turn himself around while still a young man.


Respectfully,

JoAnn Glowacki



EXHIBIT C