Honorable Judge John Adams, January 4, 2022

I am writing this letter in support of my nephew Joshua Glowacki. I am his father's sister and I was one of his caregivers when he was a baby. I have a son who is a year younger than Josh.

I have always known Josh to be a quiet and gentle person. He has never been anything but polite when our family gathers for holidays and birthdays. I have never known Matt and Laura to have any difficulty with Josh as he was growing up.

Josh and his family regularly attended church and Josh served as an altar boy. He was an excellent student, receiving a scholarship to the University of Akron.

Please consider the minimum sentence so Josh can continue receiving treatment for his issues. I am prepared to offer Josh all the love and support I can, he is an important part of our family. He is still a young man and I believe he will be able to overcome his issues with the support of his family.

Thank you,

Cheryl Paganelli

EXHIBIT D