Alisa A. Sicker

346 Greenbriar Dr.

Avon Lake, OH 44012

January 9, 2022

Honorable Judge John Adams,

I am writing to you in support of my nephew, Joshua Glowacki.

As sentencing approaches for Josh, I just want to share my hope that somehow Josh will be able to get past this someday and will get the help he needs to have some kind of future. He is a very young and had such a promising future coming out of high school. I love Josh and just want him to be okay and get past this after he has completed his sentence and any counselling ordered. Please consider his youth and please make the opportunity for rehabilitation part of your judgment in the sentencing of this case.

Our family is heartbroken about what has happened and very worried about the possibility of a lengthy prison term for Josh. It will be so difficult for him to ever get past this and recover and I hope that will be taken into account.

 I love Josh and I support Josh as well as his parents during this hard time and will continue to do so.

Thank you for your time and serious consideration.

Alisa A. Sicker@gmail.com



EXHIBIT

E