Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | Date: March 4, 2022 |
| | Case No. 1:21CR258 |
| vs. | Judge: John R. Adams |
| | Court Reporter: Sarah Nageotte |
| Joshua Glowacki  (Video) | Prob Officer: Alex Lucas |

U.S. Attorney:           Mike Sullivan
Attorney for Defendant(s):   Eric Nemecek

**Sentencing:**

Defendant committed to the custody of the Bureau of Prisons for a period of 180 months as to Count 1 with credit for federal time served..

Probation ordered for a period of   years  with standard/special conditions.

Supervised release: for a term of 15 years as to Count 1 with conditions.

Fine: Waived.

Restitution: $10,000.00

The Defendant is to pay a special assessment of $100.00 as to Count 1.

X   The defendant was advised of his appellate rights.

X   Count 2 dismissed.

Comments:  -

Total Time: 55 Mins.                                            S/Christin M. Kestner
                                                              Courtroom Deputy Clerk