UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:21CR258 |
| Plaintiff(s), | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| Joshua Glowacki, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Amended General Order 2020-06-01, this Court finds:

__X____ That the Defendant has consented to the use of video conferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

__X____ Video conferencing

_____ Teleconferencing, because video conferencing is not reasonably available for the following reason:

The Defendant is detained at a facility lacking video teleconferencing capability.

IT IS SO ORDERED.

March 4, 2022                     /s/ John R. Adams
Date                              John R. Adams
                                  U.S. District Judge