UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Docket Number 1:21-cr-00258

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSHUA GLOWACKI,<br><br>  Defendant. | NOTICE OF APPEAL |

Now comes Defendant, Joshua Glowacki, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgement entered in this action on March 25, 2022.

Respectfully submitted,

*/s/ Eric C. Nemecek*
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman & Nemecek, L.L.C.
1360 E. 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on the 25th day of March, 2022 by CM/ECF, which will send a notification of electronic filing (NEF) to the Assistant United States Attorney.

Respectfully Submitted,

*/s/ Eric C. Nemecek*
ERIC C. NEMECEK
Counsel for Defendant