UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Docket Number 1:21-cr-00258

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA GLOWACKI,<br><br>Defendant. | MOTION TO APPEAL<br>*IN FORMA PAUPERIS* |

Now comes Defendant, Joshua Glowacki, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and hereby moves this Honorable Court to permit him to appeal *in forma pauperis*.

Rule 24 of the Federal Rules of Appellate Procedure explains that motions to proceed *in forma pauperis* must first be directed to the district court. Mr. Glowacki has advised the undersigned that he is indigent and unable to afford counsel to represent him in these proceedings. The undersigned has obtained from Mr. Glowacki a copy of CJA Form 23, documenting his financial situation, and attached hereto as Exhibit "A." Mr. Glowacki intends to appeal the denial of a Motion to Suppress Evidence as well as the calculation and imposition of the restitution amount Ordered by this Honorable Court. He is entitled to redress in this appeal.

Because Mr. Glowacki is indigent and unable to retain private counsel, the undersigned requests that the Court allow Mr. Glowacki to proceed *in forma pauperis* in these proceedings.

**WHEREFORE**, undersigned counsel, Eric C. Nemecek, of the law firm of Friedman & Nemecek, L.L.C., hereby respectfully moves this Honorable Court to grant the instant Motion to permit Mr. Glowacki to appeal *in forma pauperis* in the matter *sub judice*.

Respectfully submitted,

*/s/ Eric C. Nemecek*
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman & Nemecek, L.L.C.
1360 E. 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

## **Exhibit**

**Exhibit A**     Financial Affidavit, form CJA-23

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on the 31st day of March, 2022 by CM/ECF, which will send a notification of electronic filing (NEF) to the Assistant United States Attorney.

                                                Respectfully Submitted,

                                                */s/ Eric C. Nemecek*
                                                ERIC C. NEMECEK
                                                Counsel for Defendant