CJA-23 (Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

IN THE CASE OF: United States of America v. Joshua Glowacki

FOR: 
AT:
LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name): Joshua Glowacki

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☑ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge:
District Court: 1:21-cr-00258
Court of Appeals:

**CHARGE/OFFENSE** (Describe if applicable & check box →): ☑ Felony ☐ Misdemeanor
1 count in violation of 18 USC 2252(a)(2)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Do you have a job? ☐ Yes ☑ No
- IF YES, how much do you earn per month? ___
- Will you still have a job after this arrest? ☐ Yes ☑ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ 5,000 | cryptocurrency |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No
- IF YES, give the total approximate amount after monthly expenses $ 5,000

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 1

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ - | $ 1,017 |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ - | $ 6,747 |
| Fines | $ | $ |
| Other | $ - | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_Joshua Glowacki_ (signature)    3/15/22
SIGNATURE OF DEFENDANT    Date
(OR PERSON SEEKING REPRESENTATION)

EXHIBIT A