# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# APPEAL TRANSCRIPT ORDER

List on this form **all** transcripts you are ordering from **one** court reporter.
Use a separate form for each reporter and docket each form separately on the OHND CM/ECF.

OHND Case Number: 1:21-cr-258      COA#: 22-3279

Short Case Title: USa v. Glowacki

Today's Date: 06/02/2022

## TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

A. Choose one of the following:

[✓] This is to order a transcript of the following proceedings: *(specify exact dates of proceedings)*

[ ] Copy request of the following proceedings:

| | JUDGE/MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Proceedings | J. Adams | 06/15/2021, 08/13/2021 | Lori Callahan |
| Additional Proceedings/Information | Pretrial conferences | | |

CJA ORDERS: TRANSCRIPTS OF THE FOLLOWING PROCEEDINGS AND EXPEDITED DELIVERY REQUESTS WILL BE PROVIDED ONLY IF AUTHORIZED IN ITEM 14 ON THE AUTH-24 IN THE OHND eVOUCHER SYSTEM.

[ ] 14-Day or Expedited Requested Completion Date _____

[ ] Voir Dire
[ ] Jury Instructions
[ ] Opening statement of plaintiff
[ ] Closing argument of plaintiff
[ ] Opening statement of defendant
[ ] Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. Financial arrangements shall be completed for payment of the cost of the transcript(s).

This method of payment will be:

[✓] Criminal Justice Act (Submit the AUTH-24 in the OHND CJA eVoucher System)
[ ] Other/Private Funds

Signature: /s/Kenneth P. Tableman      Print Name: Kenneth P. Tableamn      Counsel for: Joshua Glowacki

Address (if on the docket) _____

Email address: tablemank@sbcglobal.net      Telephone: (616) 233-0455

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.