# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
# APPEAL TRANSCRIPT ORDER

List on this form **all** transcripts you are ordering from **one** court reporter.
Use a separate form for each reporter and docket each form separately on the OHND CM/ECF.

OHND Case Number: 1:21CR258    COA#: 22-3279

Short Case Title: United States vs. Joshua Glowaki

Today's Date: 8/4/2022

## TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

A. Choose one of the following:

☐ This is to order a transcript of the following proceedings: (*specify exact dates of proceedings*)

☑ Copy request of the following proceedings:

| | JUDGE/MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Proceedings | Judge John R. Adams | 10/28/2021 | Caroline Mahnke |

Additional Proceedings/Information: Change of plea hearing

CJA ORDERS: TRANSCRIPTS OF THE FOLLOWING PROCEEDINGS AND EXPEDITED DELIVERY REQUESTS WILL BE PROVIDED ONLY IF AUTHORIZED IN ITEM 14 ON THE AUTH-24 IN THE OHND eVOUCHER SYSTEM.

☐ 14-Day or Expedited Requested Completion Date _____

☐ Voir Dire
☐ Jury Instructions
☐ Opening statement of plaintiff
☐ Closing argument of plaintiff
☐ Opening statement of defendant
☐ Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. Financial arrangements shall be completed for payment of the cost of the transcript(s).

This method of payment will be:

☐ Criminal Justice Act (Submit the AUTH-24 in the OHND CJA eVoucher System)
☑ Other/Private Funds

Signature: /s/Michael Sullivan    Print Name: Michael Sullivan    Counsel for: U.S.

Address (if not on the docket): 801 W. Superior Ave, Suite 400, Cleveland, OH, 44113

Email address: MSullivan1@usa.doj.gov    Telephone: 216-622-3977

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.