# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-3279

_____

Filed: February 07, 2023

UNITED STATES OF AMERICA

    Plaintiff - Appellee

1:21cr258 - JRA

v.

JOSHUA GLOWACKI

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 01/13/2023 the mandate for this case hereby issues today. Affirmed in part, Dismissed in part

COSTS: None