# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 20, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Mar 23, 2023
DEBORAH S. HUNT, Clerk

Re:  Joshua Glowacki
     v. United States
     No. 22-6813
     (Your No. 22-3279)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk